# Third District Court of Appeal

## State of Florida

Opinion filed March 19, 2025.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D23-1741
Lower Tribunal No. 21-21159
_____

**Eileen Andersen,
as Personal Representative
of the Estate of John Andersen,**
Appellant,

vs.

**Florida Power & Light Company,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Jose M. Rodriguez, Judge.

Bauta & Associates, P.A., and Juan P. Bauta, II; The Ferraro Law Firm, P.A., and Juan P. Bauta, and Leslie B. Rothenberg, and Matthew Casbarro, for appellant.

Heise Suarez Melville, P.A., and Thomas S. Ward, and Luis E. Suarez; Squire Patton Boggs (US) LLP, and Dorian N. Daggs, for appellee.

Before SCALES, LINDSEY, and BOKOR, JJ.

PER CURIAM.

Affirmed.  See Wald v. Grainger, 64 So. 3d 1201, 1205 (Fla. 2011) ("A jury is free to weigh the opinion testimony of expert witnesses, and either accept, reject or give that testimony such weight as it deserves considering the witnesses' qualifications, the reasons given by the witness for the opinion expressed, and all the other evidence in the case, including lay testimony.").